7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dennis Glen Malone and Connie Lynne Malone
*Debtor*

**Mid America Bank**
   Plaintiff(s)

v.

**Connie L. Malone**
**Dennis Glen Malone**
   Defendant(s)

*Bankruptcy Case No.*
16−20275−drd7

*Adversary Case No.*
16−02008−drd

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Malones agree to the Court granting all claims in Mid America Bank's Complaint, with the exception of Count IV. The Malones agree to pay the deficiency amount which shall be calculated as $29,000.00 plus $2,000.00 in attorney's fees for a total Judgment Amount of $31,000.00. The Judgment Amounts shall be deemed non−dischargeable under any applicable provision of the United States Bankruptcy Code and applicable Federal Bankruptcy Rules.



PAIGE WYMORE−WYNN
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 8/24/16

Court to serve